VERNON C. GOINS II (SBN 195461)
GOINS & ASSOCIATES PLC
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:   (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiff
JACOB WINDING dba TOP TO BOTTOM
CLEANING SERVICE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB WINDING dba Top To Bottom Cleaning Service,<br><br>Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC AS TRUSTEE WELLS FARGO BANK N.A., and DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | Case No.  1:10-cv-02026-AWI-DLB<br><br>***AMENDED* STIPULATION AND ORDER CONTINUING THE HEARING DATE OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |

It is hereby stipulated by and between Mark Flewelling, Esq. of Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, counsel for Defendant, Wells Fargo Bank, N.A. and Vernon C. Goins II, Esq. of Goins & Associates PLC, counsel for Plaintiff Jacob Winding dba Top to Bottom Cleaning Service, that the hearing on Defendant's Motion to Dismiss Plaintiff's Complaint and Motion to Strike Portions of Plaintiff's Complaint, now scheduled to be heard in Courtroom 2, of the above-entitled Court at 1:30 p.m. on December 13, 2010, be continued to

///

///

1   1:30 p.m. on January 24, 2011, or to the first available date thereafter convenient to the Court's
2   calendar.
3          IT IS SO STIPULATED.

5   Dated: November 23, 2010            GOINS & ASSOCIATES PLC

7                                       By: /s/ Vernon C. Goins (as authorized on 11/23/10)
8                                           Vernon C. Goins II, Esq.
                                            Attorney for Plaintiff
9                                           JACOB WINDING dba TOP TO BOTTOM
                                            CLEANING SERVICE

11  Dated:  November 23, 2010           ANGLIN, FLEWELLING, RASMUSSEN,
12                                      CAMPBELL, & TRYTTEN, LLP

13                                      By: /s/ Mark Flewelling (as authorized on 11/23/2010)
14                                          Mark Flewelling
                                            Attorney for Defendant
15                                          WELLS FARGO BANK,  N.A.

## **ORDER**

The Court, having reviewed the Stipulation for Continuance of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint and Motion to Strike Portions of Plaintiff's Complaint, and Good Cause appearing therefore, makes the following Order:

The hearing on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint and Motion to Strike Portions of Plaintiff's Complaint shall be continued from December 13, 2010, at 1:30 p.m. in Courtroom 2, to January 24, 2011, at 1:30 p.m. in Courtroom 2 of the above entitled court.

IT IS SO ORDERED.

Dated:   November 23, 2010            _____
                                      CHIEF UNITED STATES DISTRICT JUDGE

Goins & Associates PLC
1330 Broadway, Suite 1530, Oakland, California 94612
Tel. (510) 893-9465; Fax (510) 893-4228

Winding v. NDEX West, LLC et al.
(Case No. 1:10-CV-02026-AWI-DLB)
- 2 -