VERNON C. GOINS II (SBN 195461)
GOINS & ASSOCIATES PLC
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:     (510) 663-3700
Facsimile:      (510) 663-3710

Attorneys for Plaintiff
JACOB WINDING dba TOP TO BOTTOM
CLEANING SERVICE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB WINDING dba Top To Bottom Cleaning Service,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC AS TRUSTEE WELLS FARGO BANK N.A., and DOES 1 THROUGH 100, INCLUSIVE<br><br>　　　　　Defendants. | Case No.  1:10-cv-02026-AWI-DLB<br><br>**REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY AT JANUARY 11, 2011 MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Vernon C. Goins II of Goins & Associates PLC, attorneys for Plaintiff Jacob Winding in the above-entitled action, hereby respectfully requests the Court's authorization to appear telephonically at the January 11, 2011 Mandatory Scheduling Conference. The declaration of Vernon C. Goins II in support of said request is attached hereto and incorporated herein by this reference.

///

///

///

///

### DECLARATION OF VERNON C. GOINS II

I, Vernon C. Goins II, do hereby declare as follows:

I am attorney of record for Plaintiff Jacob Winding in the above-entitled action. I have personal knowledge of the facts contained in this declaration, and, if necessary I could competently testify to such facts.

1) Currently, the Mandatory Scheduling Conference is set to be heard on January 11, 2011 by Judge Dennis L. Beck in Courtroom 9.

2) My law office is located in Oakland, California.

3) Due to scheduling conflicts, it will be very difficult, if not impossible, for me to personally attend the Mandatory Scheduling Conference. Further, I believe that no prejudice will result to the Defendants and that it will be most cost-effective for my client if I am authorized by this court to telephonically appear at the January 11, 2011 Mandatory Scheduling Conference.

I declare under penalty of perjury that the foregoing is true and correct and executed on this 3rd day of January 2011 in Oakland, California.

Dated: January 3, 2011                GOINS & ASSOCIATES
                                      A Professional Law Corporation


                                      _____
                                      VERNON C. GOINS II
                                      Attorneys for Plaintiff
                                      JACOB WINDING

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered as follows:

The request of Vernon C. Goins II to appear telephonically at the January 11, 2011 Mandatory Scheduling Conference is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **January 3, 2011**              /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

Goins & Associates PLC
1330 Broadway, Suite 1530, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Goins & Associates PLC
1330 Broadway, Suite 1530, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710