IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING,<br><br>              Plaintiff,<br>    v.<br><br>NDEX WEST, LLC, et. al.,<br><br>              Defendants. | 1:10-CV-2026  AWI DLB<br><br>VACATING JANUARY 24, 2011, HEARING AND TAKING MATTER UNDER SUBMISSION |

    Currently set for hearing and decision on January 24, 2011, are Defendant's motions to strike and dismiss.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 24, 2011, is VACATED, and the parties shall not appear at that time.  As of January 24, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 20, 2011                                    _____
                                                                       CHIEF UNITED STATES DISTRICT JUDGE