UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB WINDING dba TOP TO BOTTOM CLEANING SERVICE,<br>              Plaintiff,<br><br>   vs.<br><br>NDEX WEST, LLC AS TRUSTEE WELLS FARGO BANK N.A. and DOES 1 through 100, inclusive<br><br>              Defendants, | Case No.  1:10-cv-02026-AWI-DLB<br><br>[Assigned to the Honorable Anthony W. Ishii]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT MANDATORY SCHEDULING CONFERENCE**<br><br>Date:    March 21, 2011<br>Time:   9:15 a.m.<br>Ctrm:   9 |

After review of defendant Wells Fargo's request to appear telephonically at the mandatory scheduling conference, and good cause appearing:

**IT IS HEREBY ORDERED:**

The request of defendant Wells Fargo Bank, N.A., to appear telephonically at the March 21, 2011 mandatory scheduling conference is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **February 3, 2011**         /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE