IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING dba Top To Bottom Cleaning Services,<br><br>             Plaintiff,<br><br>     v.<br><br>NDEX WEST, LLC, AS TRUSTEE WELLS FARGO BANK N.A., and DOES 1 THROUGH 100, Inclusive,<br><br>             Defendants. | NO. 1:10-CV-02026 AWI DLB<br><br>ORDER VACATING MAY 9, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendant Wells Fargo's motion to dismiss has been set for hearing in this case on May 9, 2011.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 9, 2011, is VACATED, and the parties shall not appear at that time.  As of May 9, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 4, 2011                                                    _____
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE