IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING dba Top to Bottom Cleaning Service,<br><br>    **Plaintiff**,<br><br> v.<br><br>NDEX WEST, LLC as TRUSTEE; WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive,<br><br>    **Defendant**s | CV F 10 - 2026 AWI DLB<br><br>ORDER VACATING HEARING ON MOTION OF PLAINTIFF'S ATTORNEY TO WITHDRAW AS COUNSEL<br><br>Doc. # 52 |

  This is an action for damages and declaratory relief by plaintiff Jacob Winding ("Plaintiff") against defendants NDEX West and Wells Fargo Bank N.A. ("Defendants"). On May 13, 2011, Plaintiff's attorney, Vernon C. Goins II ("Goins"), filed a motion to withdraw. Goins' motion to withdraw was scheduled for oral argument on the same date as Defendants' motion for attorneys' fees; that is, on August 18, 2011. No opposition has been filed as of this writing, however Plaintiff filed a request on August 18, 201, to appear telephonically at the hearing on both Goins' motion to withdraw and Defendants' motion for attorneys' fees. The court has reviewed both motions and has determined that both motions are suitable for decision without oral argument. Local Rule 78-230(h). To the extent Plaintiff may have intended to present objections to either Defendants motion for attorneys' fees or Goins' motion to withdraw at oral argument, Plaintiff may submit any objections or arguments *in*

*writing* not later than 4:00 p.m. Friday, September 2, 2011.  The court will take the matters under submission as of that date and will thereafter render its opinions.  Should the court later determine that oral argument would be beneficial for the court's consideration of either of the motions now before the court, a hearing will be scheduled for a later date.

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29, 2011, is VACATED, and no party shall appear at that time.  As of September 2, 2011, the Court will take the matters under submission, and will thereafter issue its decisions.

IT IS SO ORDERED.

Dated:   August 22, 2011                                    _____
                                                                   CHIEF UNITED STATES DISTRICT JUDGE