# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB WINDING dba Top to Bottom Cleaning Service,<br><br>  Plaintiff,<br><br>  v.<br><br>NDEX WEST, LLC as TRUSTEE; WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive,<br><br>  Defendants | CV F 10 - 2026 AWI  DLB<br><br>ORDER GRANTING REQUEST FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL<br><br>Doc. # 52 |

On May 13, 2011, the law office of Vernon Goins II filed a motion for leave to withdraw as counsel for Plaintiff Jacob Winding dba Top To Bottom Cleaning Service. The court entered judgment in favor of Defendants on May 18, 2011. No opposition was submitted to the motion to withdraw. Due to a clerical oversight, the court did not grant the motion to withdraw at the same time as it entered judgment and closed the case. The court now corrects that oversight.

THEREFORE, it is hereby ORDERED that the motion of the Law Offices of Vernon Goins II to withdraw as counsel for Plaintiff Jacob Winding is hereby GRANTED. The Clerk of the Court shall remove the names of all attorneys associated with the law offices of Vernon Goins II from the list of attorneys to be notified.

IT IS SO ORDERED.

Dated:   January 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE